# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL JOHNSON

NO. 2022 KW 0870

**OCTOBER 24, 2022**

---

In Re:   Michael Johnson, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge,
         No. 06-01-205.

---

**BEFORE:   McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

   **WRIT DENIED.**

                              JMM
                              PMc
                              GH

COURT OF APPEAL, FIRST CIRCUIT

_a.Sn_
_____
DEPUTY CLERK OF COURT
    FOR THE COURT